# Third District Court of Appeal
## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1691
Lower Tribunal No. F02-26763
_____

**Lamont Green,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Lamont Green, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before LOGUE, GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.